UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BRYAN EDWIN RANSOM,            )
                               )
            Petitioner,        ) Case No. CV 12-6225-DSF(AJW)
                               )
       v.                      )
                               )
WARDEN CONNIE GIBSON,          )    JUDGMENT
                               )
            Respondent.        )
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated:  9/4/12

_____
Dale S. Fischer
United States District Judge